IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY LOCKHART,<br><br>    Plaintiff,<br><br>  v.<br><br>K.Z. THA; MAXINE PENNY; DR. KAMI,<br><br>    Defendants. | No. C 15-2115 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

On May 11, 2015, plaintiff, an inmate in Alameda County Jail, filed a civil rights complaint. That day, the clerk notified plaintiff that he had not paid the filing fee or filed a complete application to proceed in forma pauperis ("IFP"). Along with the notice, the clerk mailed to plaintiff the IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, plaintiff was informed that the case would be dismissed if he did not pay the fee or file a completed IFP application, within thirty days. More than thirty days have passed, and plaintiff has not paid the filing fee, filed an IFP application, shown cause why not, or requested an extension of time. Accordingly, this case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July __30__, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE